**Terry Lee HARDEE, Appellant,**

v.

**Bethel Lucille HARDEE, Respondent.**

**No. WD 51352.**

Missouri Court of Appeals,
Western District.

April 22, 1997.

Charles E. Weedman, Jr., Crouch, Spangler & Douglas, Harrisonville, for appellant.

Lynn K. Ballew, Harrisonville, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Terry Lee Hardee (Husband) appeals from the trial court's decree dissolving his marriage to Beth Lucille Hardee (Wife). Husband contends that the trial court erred by distributing the marital property without offsetting against his share a debt associated with property awarded to him. Husband also contends that the trial court erred by awarding retroactive child support to Wife. Finally, Husband claims that the trial court erred by awarding him property that he did not request and Wife was willing to take.

The judgment of the trial court is affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Michael LEWIS, Appellant.**

**No. WD 52675.**

Missouri Court of Appeals,
Western District.

April 22, 1997.

James C. Cox, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Michael Lewis appeals his conviction of burglary in the second degree. We affirm. Rule 30.25(b).